UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAITH TURNAGE,<br><br>            Plaintiff(s),<br><br>     v.<br><br>HAYWARD ISLANDER MOTEL,<br><br>            Defendant(s). | No. C08-5618 BZ<br><br>**CONDITIONAL ORDER<br>OF DISMISSAL** |

The parties to this matter having advised the Court that they have agreed to a settlement, **IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE** and all scheduled matters are **VACATED**; provided, however, that any party may, within **30 days** of the date of this Order, move the Court to restore this matter to the calendar on the grounds that the settlement has not been consummated.

Dated: March 26, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\MISC\TURNAGE CONDITIONAL DISMISSAL.wpd

1