UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAITH TURNAGE,<br><br>        Plaintiff(s),<br><br>  v.<br><br>HAYWARD ISLANDER MOTEL,<br><br>        Defendant(s). | No. C08-5618 BZ<br><br>**AMENDED CONDITIONAL ORDER OF DISMISSAL**<br>(Extending Days of Conditional Dismissal) |

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE** and all scheduled matters are **VACATED**; provided, however, that any party may, within **90 days** of the date of this Order, move the Court to restore this matter to the calendar on the grounds that the settlement has not been consummated.

Dated: March 29, 2010

                                           /s/ Bernard Zimmerman
                                         Bernard Zimmerman
                                   United States Magistrate Judge

G:\BZALL\-BZCASES\MISC\TURNAGE AMENDED CONDITIONAL DISMISSAL.wpd

1